IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,              )
                                       )
                    Plaintiff,         )
        v.                             )        Criminal Action No. 14- 33-JNQ
                                       )
MICHAEL ELLER,                         )
                                       )
                    Defendant.         )

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### Count 1

On or about April 15, 2008, in the District of Delaware, Michael Eller, the defendant, then a resident of Wilmington, Delaware, did willfully make and subscribe a U.S. Individual Income Tax Return, Form 1040 for the year 2007, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which return the defendant did not believe to be true and correct as to every material matter, in that, the return listed a taxable income of $71,118, whereas, as the defendant then and there well knew and believed, his actual taxable income was materially greater, all in violation of Title 26, United States Code, Section 7206(1).

CHARLES M. OBERLY, III
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

**FILED**

Dated: 6/20/14

JUN 3 0 2014

U.S. DISTRICT COURT DISTRICT OF DELAWARE